Slattery *v.* Sterling Hotel Company, Appellant.

Argued September 27, 1944. Before KELLER, P. J., BALDRIGE, RHODES, HIRT, RENO and JAMES, JJ.

*Robert J. Doran,* with him *Reynolds & Reynolds,* for appellant.

*Frank P. Slattery,* for appellees.

PER CURIAM, September 29, 1944:

There is no substantial difference between the clause in the mortgage given by the defendant corporation, and relied on by it in this appeal, and the corresponding clause in the mortgage passed upon by the Supreme Court in *Putnam v. Pittsburgh Railways Co.,* 330 Pa. 210, 199 A. 211. That decision justifies the action of the court below.

The judgment is affirmed on the opinion of Judge APONICK.